```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

VIRGILLIO VIRGO                    :        CIVIL ACTION

    vs.                            :

KENNETH D. KYLER                   :        NO. 02-3804


**O R D E R**

BEFORE THE HONORABLE JOHN P. FULLAM

    AND NOW, this      day of June, 2003,

A review of the docket discloses that service of the complaint has not been made in the above-captioned matter, it is therefore

**O R D E R E D**

that the matter is hereby DISMISSED WITH PREJUDICE for lack of prosecution.

If, within twenty (20) days, good cause can be shown why this action should not be dismissed, the dismissal will be vacated.


                              BY THE COURT:


                              _____
                              JOHN P. FULLAM, Sr. J.